IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
     LIABILITY LITIGATION (NO. VI):

THIS DOCUMENT RELATES TO:      :     88-2607
GEORGIA-PACIFIC CORPORATION CASES   :     CIVIL ACTION NO. MDL 875
ON THE ATTACHED LIST            :

## ORDER

IT IS ORDERED that Georgia-Pacific Corporation has settled with the plaintiffs in the cases on the attached list. A Certificate of Service is attached to this document.

BY THE COURT:

_____
Charles R. Weiner, J.

Date: May 8, 2000



**District of Arizona**

2-87-2160

2-87-2165

2-87-2170

2-87-2171

2-87-2172

2-87-2173

2-87-2174

2-87-2175

2-87-2176

2-87-2177

2-87-2178

2-87-2181

2-87-2182

2-87-2183

2-87-2187

2-87-2189

2-87-2191

2-87-2192

2-87-2194

2-87-2195

2-87-2196

2-87-2197

2-87-2198

2-87-2199

2-87-2202

2-87-2203

2-87-2206

2-87-2210

2-87-2212

2-87-2213

2-87-2214

2-87-2215

2-87-2216

2-87-2217

2-87-2218

2-87-2219

2-87-2243

2-87-2244

2-87-2246

2-87-2247

2-87-2249

2-87-2250

2-87-2251

2-87-2252

2-87-2253

2-87-2254

2-88-694

2-91-727

2-91-1093

3-87-2190

3-87-2245

3-87-2248

3-87-2255

**Southern District of Florida**

0-88-6163

0-88-6353

0-88-6356

3

0-88-6359

0-92-6186

0-92-6188

0-92-6191

0-92-6195

0-92-6197

0-92-6198

0-92-6208

**District of Maryland**

**1-88-2607**

1-89-1780

1-91-803

1-92-1879

1-95-2983

**Eastern District of Missouri (MO)**

4-89-1208

**Western District of Missouri (MO)**

4-89-289

4-89-291

4-89-589

**District of North Dakota**

4-92-227

**Eastern District of New York**

1-91-1409

1-91-1411

**Northern District of New York**

1-89-394

1-89-395

1-89-396

1-89-397
1-89-398
1-89-400
1-89-401
1-89-402
1-89-403
1-89-404
1-89-406
1-89-407
1-89-408
1-89-409
1-89-410
1-89-411
1-89-413
1-89-414
1-89-415
1-89-416
1-89-417
1-89-418
1-89-419
1-89-420
1-89-421
1-89-422
1-89-423
1-89-426
1-89-427
1-89-429
1-89-430
1-89-431

1-89-432

1-89-1099

1-89-1100

1-89-1376

1-89-1377

1-89-1378

1-89-1379

1-89-1380

1-89-1381

1-90-185

1-90-186

1-90-187

1-90-188

1-90-190

1-90-288

1-90-381

**Southern District of New York**

1-88-7769

1-88-7770

1-88-7775

1-89-2862

1-89-3208

1-89-4721

1-89-6769

1-89-6779

1-89-7823

1-89-7825

1-90-472

1-90-1056

1-90-1060

1-90-1064

1-90-1188

1-90-1626

1-90-4572

1-91-5491

1-91-5492

**Western District of Texas**

1-90-652

5-90-652

## CERTIFICATE OF SERVICE

I, Barbara J. Buba, Esquire, hereby certify that a true and correct copy of the foregoing proposed order and attached list of cases in which plaintiffs settled with Georgia-Pacific Corporation, were sent via United States first-class mail postage prepaid to all Plaintiffs' counsel listed below on the date set forth below.

**WARD, KEENAN & BARRETT, P.C.**
3030 N. 3rd Street, Suite 930
Phoenix, Arizona 85012

**REED A. BRYAN**
707 Southeast Third Avenue, Suite 400-A
P.O. Box 2466
Fort Lauderdale, Florida 33303-2466

**ROBLES & GONZALEZ, P.A.**
100 S. Biscayne Boulevard
Suite 900
Miami, Florida 33131

**PFEIFER & FABIAN, P.A.**
326 St. Paul Pl.
Baltimore, Maryland 21202-2131

**LAW OFFICES OF PETER G. ANGELOS**
540 Dundalk Avenue
Baltimore, MD 21224

**BARON & BUDD, A PROFESSIONAL CORPORATION**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219

**WILENTZ GOLDMAN & SPITZER**
Suite 900
90 Woodbridge Center Drive
Woodbridge, NJ 07095

_____
Barbara J. Buba, Esquire

Date: 5/1/00