88-2607

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | |
| | MDL 875 |
| This Document Relates to United States District Court for the Maryland ) ) ) | AUG 14 2000 |
| (See Attachment A) ) ) ) | |

AND NOW, this 31st day of July, 2000, FIBREBOARD CORPORATION is hereby dismissed without prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 7/31/00

_____
Charles R. Weiner

| Court | Name | SSN | Court | Docket |
|---|---|---|---|---|
| MD | | | | |
| | MANTHEIY, FRANCIS | 0 | MD | JS852261 |
| | HARTIGAN, MICHAEL | 0 | MD | JS862651 |
| | WOODS, ARDEN J | 0 | MD | JS873491 |
| | MANNING, MICHAEL | 0 | MD | 82-2708 |
| | HENKIN, ALVIN A. | 0 | MD | 91-3703 |
| | HOLLY, TROY JESS | 0 | MD | 92-13 |
| | DAY, MICHAEL G. | 0 | MD | 92-15 |
| | VINCENT, JENNIE LOUISE | 0 | MD | 92-1879 |
| | ZOCH, WILLIAM F. | 0 | MD | 93-1375 |
| | BROOKS, DOROTHY ANNA | 0 | MD | 93-194 |
| | SMITH, VICTORIA | 0 | MD | 93-2240 |
| | TRUSZKOWSKI, GLORIA | 0 | MD | 93-2241 |
| | BLAKE, MARGARET | 0 | MD | 93-2242 |
| | CARPENTER, OLIVE VIRGINIA | 0 | MD | CV-86-2877 |
| | EVERHART, ROBERT BIGGS IV | 0 | MD | CV-93-1419 |
| | WERGIN, JUERGEN THEODUR | 0 | MD | H88-3846 |
| | MINOR, JOSEPH THOMAS | 0 | MD | HAR 88-2086 |
| | SENTZ, RAYMOND B. | 0 | MD | HAR 88-3177 |
| | SHRUM, THOMAS R., JR. | 0 | MD | HAR 89-1233 |
| | BERTHA, STEVEN NICKOLAS | 0 | MD | HAR 89-1673 |
| | KRICHTON, ROBERT | 0 | MD | HAR89-1746 |
| | SNYDER, CYRIL EUGENE | 0 | MD | HAR89-1781 |
| | BENNETT, JOHN EMMETT | 220369191 | MD | HM88-3375 |
| | LESSANE, GRACE | 0 | MD | JFM 89-1232 |
| | KEELING, JAN DELANOR | 0 | MD | JFM 89-565 |
| | ZIMMERMAN, HENRY DAYTON | 0 | MD | JFM-88-1983 |
| | DIEHL, HELEN LARUE | 0 | MD | K88 2607 |
| | BAUMER, MARGARET EVELYN | 0 | MD | MJG90-1591 |
| | CHEEZUM, JOHN WILLIAM | 0 | MD | PN 88-1557 |
| | GLENN, NANNIE | 0 | MD | S91-2029 |
| | SOKOL, ANNA | 0 | MD | WN91-2028 |